(Rev. 5/05)

2008 MAY 13 PM 1:53

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Joshua Stephenson #449406
(Name of Plaintiff)   (Inmate Number)

Herman Holloway Psy Center 1901 N Dupont Hwy Newcastle,
(Complete Address with zip code) DE 19702

(2) Joshua Stephenson #449406
(Name of Plaintiff)   (Inmate Number)

DPC 1901 N Dupont Hwy NewCastle DE 19702
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:   (Case Number)
:   ( to be assigned by U.S. District Court)

vs.

(1) Sean Levan, (2) Glen Woodard
(3) Collen Bell, (4) Courtney Rivera A
(5) Carolyn Allen, (6) Sgt Cropper, Bobbi Lomas,
(Names of Defendants)
(7) any other coworkers involved

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

* * Jury Trial Requested

I.  **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

   Case number (0708018465), 8/13/07 is the date of incident and the judicial Officer: Sean Levan, Collen Bell, Courtney Rivera A, Carolyn Allen, Sgt Cropper, Bobbi Lomas, and any other Coworkers involved to the response of incodent. Wich include the breaking of Standard Operating Procedures and Excessive force Crue and Unusall punishment inadquate medical service and Maxim security imprisionment on pretrial, etc.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes  ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes  ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? grievances, inhouse mail, one on ones, treatment teams, legal egals, law library, etc.

2. What was the result? nothing

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: (1) Sean Levan, (2) Glen Woodard, (3) Collen Bell
Employed as Correction officers/cms at Howard R Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street Wilmington, DE 19809

(2) Name of second defendant: (4) Courtney Rivera A, (5) Carolyn Allen
Employed as Correctional Officers/cms at Howard R Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street Wilmington, DE 19809

(3) Name of third defendant: (6) Sgt. Cropper, (7) Bobbi Lomas, other coworker involved
Employed as Correctional officers/cms at Howard R Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street Wilmington, DE 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. August 13th 2007 I was mauled by officer who delibratly entered my room uncoverd against the standerd operating procedures to coller me up and fight me out of official conduct.

2. Upon responce to the incodent other officer also took turns beating on me in at least two seperate times and beyond that the medical services was inadaqaute — they did nothing to stop the bleeding but offerd a peice off tissue and offerd no ice or pain killers for the swelling and open brusies to the facuial area and neck and eyes. And detaind me in the hole in maximum security on pretrial till wounds have healed naturally. Etc.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I request Sanction and would like to press charges for officer involed with official misconduct, negligance, and inadaqaute medical service, and excessive force, etc.

3

2. ″

3. ″

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __May__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)