IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSHUA STEPHENSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-279-JJF |
| CORRECTIONAL OFFICER SEAN LEVAN, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff Joshua Stephenson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 23, 2008, the Court entered an Order requiring Plaintiff, within 30 days from the date the Order was sent, to submit a motion for leave to proceed in forma pauperis and a certified copy of his prison trust fund account statement or the institutional equivalent **for the six-month period immediately preceding** the filing of the Complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, Plaintiff has not submitted the required motion for leave to proceed in forma pauperis or a current trust fund account statement;

THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

_7-10-08_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE